IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

KAYLA TRAVIS, *Individually and on behalf of similarly situated persons*, )
)
)
Plaintiff, )
)
v. )
)
RPC PIZZA INC. and )
RICHARD CUNNINGHAM, )
)
Defendants. )   Civil Action No. 1:23-CV-007-C

## ORDER

The Court, having considered the Joint Stipulation of Dismissal, filed April 7, 2023, finds that the above-styled and -numbered civil action is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each Party to bear its own costs and fees.

SO ORDERED.

Dated this 24th day of April, 2023.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE